No. 84–1725. UNITED STATES *v.* CITY OF FULTON ET AL. C. A. Fed. Cir. [Certiorari granted, *ante,* p. 903.] Motion of

the Acting Solicitor General to dispense with printing the joint appendix granted.